# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:22-cr-23-TBM-RPM**
                                                          **CIVIL ACTION NO. 1:26-cv-182-TBM**

**CORNELIUS JAVON MASSEY**

## ORDER

Defendant Cornelius Javon Massey filed a Motion to Vacate [63] under 28 U.S.C. § 2255. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, preliminary consideration of Massey's claims established that summary dismissal is not warranted.

IT IS THEREFORE ORDERED AND ADJUDGED that the United States Attorney shall file an answer or other responsive pleading to Massey's pleadings within thirty days of this Order and shall furnish a copy of the same to Massey.

This, the 8th day of July, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**